FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/20/2015 3:39:25 PM

KEITH E. HOTTLE
Clerk

# TAB 1

## NO. 2011-CI-17464

| | | |
|---|---|---|
| THE CONESTOGA SETTLEMENT TRUST | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| V. | § § | 408th JUDICIAL DISTRICT |
| THE RE FAMILY TRUST, SHEA UNGAR a/k/a HERSHEY UNGAR, TRUSTEE OF THE RE FAMILY TRUST, and AMERICAN NATIONAL INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ADVISORY TO THE COURT

NOW COMES, THE CONESTOGA SETTLEMENT TRUST ("CST"), with this, Plaintiff's Advisory to the Court, and in support of said Advisory, would show the Court as follows.

## I.
## A STAY OF PROCEEDINGS IS STILL IN EFFECT

1.1    On November 18, 2013, the Fourth Court of Appeals granted Defendant's, American National Insurance Company ("ANICO"), Motion to Stay all proceedings in this case while ANICO pursued an appeal before the Fourth Court of Appeals.

1.2    On July 30, 2014, the Fourth Court of Appeals denied ANICO's appeal and affirmed the trial court's judgment.

1.3    On October 13, 2014, ANICO filed a Petition for Review with the Texas Supreme Court.

1

1.4　On March 13, 2015, ANICO's Petition for Review was denied by the Texas Supreme Court.

1.5　As this date, April 20, 2015, no Mandate has been issued by the Fourth Court of Appeals and the stay ordered by the Fourth Court of Appeals on November 18, 2013, is still in full force and effect.

WHEREFORE PREMESIS CONSIDERED, Plaintiff would advise this Court that there is a stay currently pending by order of the Fourth Court of Appeals and therefore Plaintiff would respectfully request this Court refrain from setting any hearings, taking any action or considering any motions until and after the Fourth Court of Appeals has issued its Mandate and lifted its stay.

Dated this the 20th day of April, 2015.

Respectfully submitted,

Law Offices of Dulske & Gluys, P.C.
16500 San Pedro Ave., Ste. 410
San Antonio, Texas 78232
Telephone (210) 524-3821
Facsimile (210) 340-1648

By: _____
JOHN C. DULSKE
State Bar No. 007783994
BRYAN L. KOST
State Bar No. 00784420
ATTORNEYS FOR PLAINTIFF

2

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was sent to the following counsel of record on this the 20th day of April, 2015:

*Via facsimile to (409) 766-6424*
Joseph R. Russo
Andrew Mytelka
Angie Olalde
GREER, HERZ& ADAMS, L.L.P.
One Moody Plaza, 18th Floor
Galveston, TX 77550
Telephone: (409) 765-5525
Facsimile: (409) 766-6424
*Attorneys for Defendant,*
*American National Insurance*

*Via facsimile to (210) 349-0041*
Keith A. Kendall
DAVIDSON TROILO REAM & GARZA, P.C.
7550 West IH 10, Suite 800
San Antonio TX 78229
Telephone: (210) 349-6484, Ext. 348
Facsimile: (210) 349-0041
*Attorneys for Defendants,*
*Shea Ungar a/k/a Hershey Ungar*
*Trustee of The RE Family Trust and*
*The RE Family Trust*

*Via facsimile to (210) 341-1854*
George G. Brin
R.Barry Brin
Adrian Senyszyn
BRIN&BRIN, P.C.
6223 IH 10 West
San Antonio, TX 78201
Telephone: (210) 341-9711
Facsimile: (210) 341-1854
*Attorneys for Defendant,*
*American National Insurance*
*Company*

JOHN C. DULSKE
BRYAN L. KOST

3